870 A.2d 623

IN THE MATTER OF JEFFREY P. LICHTENSTEIN, AN ATTORNEY AT LAW (ATTORNEY NO. 010911980).

March 30, 2005.

# O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 04–432, recommending that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **JEFFREY P. LICHTEN-STEIN**, formerly of **EAST BRUNSWICK**, who was admitted to the bar of this State in 1980, and who has been temporarily suspended from the practice of law since March 2, 2004, be disbarred on the basis of his guilty plea to theft by deception (*N.J.S.A.* 2C:20–4), and his admission that he knowingly misappropriated client funds, conduct in violation of *RPC* 8.4(b) and (c)(conduct involving fraud, dishonesty, deceit, or misrepresentation) and the principles of *In re Wilson*, 81 *N.J.* 451, 409 *A.2d* 1153 (1979);

And **JEFFREY P. LICHTENSTEIN** having failed to appear as ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JEFFREY P. LICHTENSTEIN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **JEFFREY P. LICHTENSTEIN** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.